

# Fourth Court of Appeals
## San Antonio, Texas

October 18, 2019

No. 04-19-00314-CR

Robert M. **CASILLAS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR1399
Honorable Laura Parker, Judge Presiding

# O R D E R

Appellant's State's brief was originally due September 12, 2019; however, the court granted an extension of time to file the brief until October 14, 2019. Appellant has filed a motion requesting a further extension of time.

We grant the motion and order appellant's attorney, Dayna Jones, file the brief by **November 12, 2019** (61 days after the original due date). Counsel is advised that no further extensions of time will be granted absent a motion, filed by the date the brief is due, that (1) demonstrates extraordinary circumstances justifying further delay, (2) advises the court of the efforts counsel has expended in preparing the brief, and (3) provides the court reasonable assurance that the brief will be completed and filed by the requested extended deadline. The court does not generally consider a heavy work schedule to be an extraordinary circumstance.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of October, 2019.

LUZ ESTRADA,
Chief Deputy Clerk